IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg (Charlottesville) Division

In re: SUE MIFKA STOTTS, Debtor.    Case No. 16-61788 Chapter 13

CHARLES KABBASH, Plaintiff

v.

Adversary No. 17-06002

SUE MIFKA STOTTS, et al Defendants

## ANSWER OF SUE MIFKA STOTTS

Comes now the defendant, Sue Stotts, and as and for her answer states as follows:

1-3. Admitted
4. Denied
5 Admitted
6 Admitted
7-12 Admitted
13 Admit that the appraisal exists, but denies that it represents the fair market value of the property.
14 Admitted
15 Denied
16 Denied
17 Admitted
18 Denied
19 Denied

## AFFIRMATIVE DEFENSE

1. Counts II and III fail to state a claim for which relief can be granted.
2. The court should abstain from hearing Counts II and III under 28 USC sec 1334(c)(1)

/s/Steven Shareff