**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

**In re:**  **Chapter 13**
**SUE MIFKA STOTTS,**
    **Debtor.**  **Case No. 16-61788**

_____

**CHARLES KABBASH,**
    **Plaintiff,**

**v.**  **Adv. P. No. 17-06002**

**SUE MIFKA STOTS,**
    **Defendant.**

_____

**PRE-TRIAL ORDER**

A pre-trial conference, attended by counsel for the plaintiff, was held before the Court by telephone conference call on 2/28/2017. Pursuant thereto, and for good cause shown; it is,

**ORDERED THAT:**

1. **TRIAL** IS SET FOR 4/12/2017, at 10:00 AM at US Courthouse, Room 200, 255 W Main St., Charlottesville, VA 22902.

2. Exhibits and witness list shall be filed with the Court by 3/29/2017.

3. Exhibits not objected to in writing by 4/5/2017 will stand as admitted into evidence, if offered. List any objections to portions of *de bene esse* depositions by page and by line.

4. All exhibits and the exhibit list are to be filed with the Court, by the date shown above, in the manner prescribed in the attached "Exhibit Instructions".

5. Counsel shall hold at least one settlement conference prior to trial of this matter in an attempt to negotiate a settlement of this matter.

6. The Court will hold a **final pre-trial conference by telephonic conference call** on 4/6/2017, at 2:00 PM.  **All parties are instructed to dial in to the court conference number (540) 769-8744 at that time.**

The schedule set forth above shall control the handling of this case. No variations or adjustments shall be made without prior approval by the Court upon request by **written** motion. Failure to comply with this order shall result in appropriate sanctions.

**Strict compliance is required to the exhibit instructions attached hereto and made a part hereof.**

The Clerk is directed to send a copy of this Order counsel for the parties.

ENTER this the 2nd   day of March, 2017.

_Rebecca B Connelly_
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# EXHIBIT INSTRUCTIONS

All exhibits must be filed electronically prior to the hearing in the electronic filing system (ECF).

The Exhibit list must be typewritten, double-spaced, and should briefly describe each exhibit to be introduced at trial. The "admitted" and "marked" columns should be left blank.

Counsel should pre-mark exhibits near the bottom of the exhibit.

If a group of related items, such as checks or photographs, are to be introduced, each individual item must have page numbers.

Plaintiff's exhibits are to be in <u>numerical</u> order.

Defendant's exhibits are to be in <u>alphabetical</u> order.

Government exhibits should be marked "Government."

Joint exhibits should be marked "Joint exhibits."

If there is more than one Plaintiff or Defendant, the exhibit must identify the party on exhibit.

For exhibits that contain multiple pages, please identify the number of pages within each exhibit. (Example: Defendant Exhibit A - Page 1 of 10)

The marked exhibit shall contain the exhibit number (or letter), the case number [and adversary proceeding number, if applicable] and the date of the trial or hearing.

Example of exhibit format:

```
Plaintiff's Exhibit
#1
07/01/92
Case #92-00001
APN 92-00017A
Page 1 of 10
```

**Counsel must bring to court three (3) separate sets of exhibits for court use during the Trial, (one set for the Judge, one for the Law Clerk, and one for the use by witnesses) unless the litigant has obtained permission from the court in advance of the Trial to provide electronic exhibits at the Trial.**