IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

*In re:* **SUE MIFKA STOTTS**,
     Debtor

                              Chapter 13
                              Case No. 16-61788

---

**CHARLES KABBASH**
          Plaintiff,

v.                                          Adversary Proceeding No. 17-06002

**SUE MIFKA STOTTS** *et al,*
          Defendants.

---

**DONALD G. STOTTS**
          Plaintiff,

v.                                          Adversary Proceeding No. 17-06005

**SUE MIFKA STOTTS** *et al,*
          Defendants.

---

## ORDER OF CONSOLIDATION

Upon motion of Charles Kabbash, Plaintiff in Adversary Proceeding No. 17-06002 and Defendant in Adversary Proceeding No. 17-06005, the Court doth ORDER that the foregoing Adversary Proceedings be, and hereby are, consolidated for purposes of trial, which trial shall be held on **Wednesday, April 12, 2017 at 10 o'clock A.M.** in the courtroom of this Court in Charlottesville, Virginia.

And this cause is continued.

                    ENTER:    _____
                                        Judge

DATE: _____

I Ask For This:

_____
Ralph E. Main, Jr.
VSB # 13320
Dygert, Wright, Hobbs & Heilberg, PLC
415 Fourth Street, N.E.
Charlottesville, Virginia 22902
Telephone:     434-979-5515
Facsimile:     434-295-7785
rmain@charlottesvillelegal.com
Counsel for Charles Kabbash

Seen And Agreed:

_____   *Steven Shareff (By Ralph E. Main, Jr.*
Steven Shareff                      *per approval of Steven*
VSB # 24323                         *Shareff on 3/22/17)*
P.O. Box 729
Louisa, Virginia 23093
540-748-2176
Sreasearch39@aol.com
Counsel for Susan Mifka Stotts

_____   *Neal L. Walters (By Ralph E. Main, Jr. per*
Neal L. Walters                     *approval of Neal L.*
VSB # 32048                         *Walters on 3/23/17)*
ScottKroner
P.O. Box 2737
Charlottesville, Virginia 22902
Telephone:     434-296-2161
Facsimile:     434-293-2073

_____   *Herbert L. Beskin (By Ralph E. Main, Jr. per*
Herbert L. Beskin                   *approval of Herbert L.*
P.O. Box 2103                       *Beskin on 3/24/17)*
Charlottesville, Virginia 22902
Chapter 13 Trustee

_Richard L. Greenberg (by Paul E. Want... per approval of Richard L. Greenberg on 3/31/17)_

Richard L. Greenberg
VSB # 18754
P.O. Box 240
Roanoke, Virginia 24002
Telephone:    540-345-0999
Facsimile:    540-342-8006
rlg@greenberglawfirm.com