IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

*In re:* **SUE MIFKA STOTTS**,
          Debtor

                                      Chapter 13
                                    Case No. 16-61788

---

**CHARLES KABBASH**
          Plaintiff,

v.                                     Adversary Proceeding No. 17-06002

**SUE MIFKA STOTTS** *et al,*
          Defendants.

---

**DONALD G. STOTTS**
          Plaintiff,

v.                                     Adversary Proceeding No. 17-06005

**SUE MIFKA STOTTS** *et al,*
          Defendants.

---

## ORDER OF CONSOLIDATION

Upon motion of Charles Kabbash, Plaintiff in Adversary Proceeding No. 17-06002 and Defendant in Adversary Proceeding No. 17-06005, the Court doth ORDER that the foregoing Adversary Proceedings be, and hereby are, consolidated for purposes of trial, which trial shall be held on **Wednesday, April 12, 2017 at 10 o'clock A.M.** in the courtroom of this Court in Charlottesville, Virginia.

And this cause is continued.

                                        ENTER:    *Rebecca B Connelly*
                                                                         Judge

DATE: <u>March 29, 2017</u>

I Ask For This:

<u>/s/ Ralph E. Main, Jr.</u>
Ralph E. Main, Jr.
VSB # 13320
Dygert, Wright, Hobbs & Heilberg, PLC
415 Fourth Street, N.E.
Charlottesville, Virginia 22902
Telephone:    434-979-5515
Facsimile:    434-295-7785
rmain@charlottesvillelegal.com
Counsel for Charles Kabbash

Seen And Agreed:

<u>/s/ Steven Shareff</u>(By Ralph Main per email authorization on 3/22/17)
Steven Shareff
VSB # 24323
P.O. Box 729
Louisa, Virginia 23093
540-748-2176
Sreasearch39@aol.com
Counsel for Susan Mifka Stotts

<u>/s/ Neal L. Walters</u>(By Ralph Main per email authorization on 3/23/17)
Neal L.Walters
VSB # 32048
ScottKroner
P.O. Box 2737
Charlottesville, Virginia 22902
Telephone:    434-296-2161
Facsimile:    434-293-2073

<u>/s/ Herbert L. Beskin</u>(By Ralph Main per email authorization on 3/21/17)
Herbert L. Beskin
P.O. Box 2103
Charlottesville, Virginia 22902
Chapter 13 Trustee

/s/ Richard L. Greenberg(By Ralph Main per email authorization on 3/21/17)
Richard L. Greenberg
VSB # 18754
P.O. Box 240
Roanoke, Virginia 24002
Telephone:   540-345-0999
Facsimile:   540-342-8006
rlg@greenberglawfirm.com