IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg (Charlottesville) Division

In re: SUE MIFKA STOTTS, Debtor.　　　　　　Case No. 16-61788 Chapter 13

CHARLES KABBASH, Plaintiff

v.

　　　　　　　　　　　　　　　　　　　　　　Adversary No. 17-06002

SUE MIFKA STOTTS, et al Defendants

_____

DONALD G. STOTTS, Plaintiff

v.

　　　　　　　　　　　　　　　　　　　　　　Adversary No. 17-06005

SUE MIFKA STOTTS, et al Defendants

## EXHIBIT AND WITNESS LIST

**Witnesses**
Sherry Palmer
Plaintiff

Exhibits:

Appraisal of Real Property May 16, 2016
Deed of Gift
Final Decree of Divorce
Order dismissing case
Contract of Purchase and Sale
Answer
Judgment April 8 2015
Eastern Assignment Complaint
Judgments
Complaint for Partition
Answer
Plea in Equity
Final Order

/s/Steven Shareff
VSB#24323
PO Box 729
Louisa VA 23093
(540) 748-2176
sresearch39@aol.com

Certificate of Service

I hereby certify that a copy of the foregoing was served electronically on the chapter 13 trustee and all parties this 31st day of March, 2017
/s/ Steven Shareff