UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
(LYNCHBURG DIVISION)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.: 16-61788 |
| Sue Mifka Stotts | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| DONALD G. STOTTS | ) | |
| | ) | Adversary Proceeding No.: 17-06005 |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUE MIFKA STOTTS, et al. | ) | |
| | ) | |
|     Defendants | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| CHARLES KABBASH | ) | Case has been consolidated with: |
| | ) | |
|     Plaintiff | ) | Adversary Proceeding No.: 17-06002 |
| | ) | |
| v. | ) | |
| | ) | |
| SUE MIFKA STOTTS, et al. | ) | |
| | ) | |
|     Defendants | ) | |

ORDER

THIS MATTER came before the Court on April 6, 2017, at the Pre-Trial Conference; and

IT APPEARING that the parties agree that Eastern Assignment Corporation has the first lien interest in the real estate subject of these causes; it is

ORDERED that the parties stipulate as a matter of law and fact that Eastern Assignment Corporation has the first lien interest in the real property subject of this cause.

ENTERED this 12th day of April, 2017.

*Rebecca B Connelly*
United States Bankruptcy Judge

We Request Entry of This Order:

/S/ Richard L. Greenberg, Esq.
Richard L. Greenberg, Esq.
GREENBERG LAW FIRM
  Of Counsel to Eastern Assignment Corporation
Post Office Box 240
Roanoke, Virginia 24002
(540) 345-0999 – phone
(540) 342-8006 – facsimile
VA State Bar No.: 18754
rlg@greenberglawfirm.com

Seen and Agreed:

/S/ Neal L. Walters, Esq.
Neal L. Walters, Esq.
SCOTT/KRONER PLC
   Of Counsel to Donald Stotts
418 East Water Street
P.O. Box 2737
Charlottesville, VA 22902
(434) 296-2161 – phone
(434) 293-2073 – facsimile
VA State Bar No.: 32048
nwalters@scottkroner.com

Seen and Agreed:

/S/ Steven Shareff, Esq.
Steven Shareff, Esq.
   Of Counsel to Sue Mifka Stotts
P.O. Box 729
Louisa, VA 23093
(540) 748-2176 – phone
VA State Bar No.: 24323
Sresearch39@aol.com


Seen and Agreed:

/S/ Ralph E. Main, Jr., Esq.
Ralph E. Main, Jr., Esq.
DYGERT, WRIGHT, HOBBS & HEILBERG, PLC
   Of Counsel to Charles Kabbash
415 Fourth Street, N.E.
Charlottesville, VA 22902
(434) 979-5515 – phone
(434) 295-7785 – facsimile
VA State Bar No.: 13320
rmain@charlottesvillelegal.com